AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

BYRON K. BLUNT, a single person,

|  |  |
|---|---|
| _____ ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   2:14-CV-174-JLQ |
| CITY OF SPOKANE; SPOKANE POLICE ) | |
| DEPARTMENT, CHIEF OF POLICE FRANK G. ) | |
| STRAUB, OFFICER MICHAEL SCHNEIDER, ) | |
| OFFICER SCOTT LESSER, | |
| _____ | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Judgment of dismissal with prejudice of the Complaint and the claims therein is hereby entered pursuant to the Court's
order entered February 2, 2015, ECF No. 13.

This action was *(check one)*:

❐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Justin L. Quackenbush on a Stipulation to Dismiss Claims.

Date:   February 2, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas

*(By) Deputy Clerk*

Cora Vargas